No. 664 July 23, 2025 161

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA MICHAEL DAHRENS,
*Defendant-Appellant.*

Lane County Circuit Court
23CR14288; A182340

Beatrice N. Grace, Judge.

Submitted June 24, 2025.

Ernest Lannet, Chief Defender, Criminal Appellate Section, and Kali Montague, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *State v. Vinge*, 337 Or App 621, 564 P3d 186 (2025); *City of Portland v. Sottile*, 336 Or App 741, 561 P3d 1159 (2024).